IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUIS MURRAY, #109980, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-511-WHA |
| | ) | |
| CHERYL PRICE, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #32), entered on June 12, 2015.  There being no timely objection filed to the Recommendation, and after an independent evaluation and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DISMISSED with prejudice, because this court is without jurisdiction to consider Murray's challenge to his expired firearm-possession conviction and because Murray's challenge to that conviction is also time-barred under 28 U.S.C. § 224(d).  Final Judgment will be entered accordingly.

DONE this 7th day of July, 2015.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE