IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUIS MURRAY, #109980, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-511-WHA |
| | ) | |
| CHERYL PRICE, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, Louis

Murray, and this 28 U.SC. § 2244(d) petition is DISMISSED with prejudice.

DONE this 7th day of July, 2015.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE